# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ALLSTATE INSURANCE
COMPANY, ALLSTATE INDEMNITY
COMPANY, ALLSTATE FIRE AND
CASUALTY INSURANCE
COMPANY and ALLSTATE
PROPERTY AND CASUALTY
INSURANCE COMPANY,

        Plaintiffs,

v.   Case No:   6:25-cv-409-WWB-LHP

AMBULATORY SURGERY CENTER
OF BOCA RATON, LLC,
ADVANCED AMBULATORY
SURGERY CENTER LLC and
TRICOLI ENTERPRISES, LLC,

        Defendants

## ORDER TO SHOW CAUSE

Before the Court is Plaintiffs' Motion to Compel Information and Documents from Defendants.  Doc. No. 38.  On review, the Court requires further information from Plaintiffs prior to allowing any additional briefing as requested.  Specifically, the motion states that the parties conferred regarding this dispute on July 30, 2025, but that subsequent to the conferral, on August 8, 2025, Defendants made a limited

production.  *See* Doc. No. 38, at 4.  But it does not appear that the parties held any further conferrals thereafter and/or prior to the motion's filing.  *See id.* at 4.  Accordingly, it is **ORDERED** that Plaintiffs shall **SHOW CAUSE** on or before **August 19, 2025** why the motion (Doc. No. 38) should not be denied as premature.  Local Rule 3.01(g); Doc. No. 26 ¶ 1.  Upon receipt of Plaintiffs' response, the Court will take the matter under advisement and schedule further proceedings if appropriate.

**DONE** and **ORDERED** in Orlando, Florida on August 15, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties