UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY and ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

Plaintiffs,

v. Case No: 6:25-cv-409-WWB-LHP

AMBULATORY SURGERY CENTER OF BOCA RATON, LLC, ADVANCED AMBULATORY SURGERY CENTER LLC and TRICOLI ENTERPRISES, LLC,

Defendants

---

# ORDER

Before the Court is Defendants Ambulatory Surgery Center of Boca Raton, LLC and Advanced Ambulatory Surgery Center, LLC's Motion to Compel Discovery. Doc. No. 52. Plaintiffs respond in opposition. Doc. No. 53. On

review, the Court finds Plaintiffs' request for additional briefing well taken. *See id.* at 1 n.1; Doc. No. 26 ¶¶ 6–7.[1]

Accordingly, it is **ORDERED** that within **seven (7) days** of the date of this Order, Plaintiffs may file a supplemental response, not to exceed **ten (10) pages** in length. It is further **ORDERED** that within **seven (7) days** of the filing of Plaintiffs' supplemental response, Defendants may file a reply brief, not to exceed **five (5) pages** in length, addressing the issues raised by Plaintiffs' response (Doc. No. 53) and forthcoming supplement. Upon receipt of the supplemental briefing, the Court will take the matter under advisement and schedule further proceedings as appropriate.

**DONE** and **ORDERED** in Orlando, Florida on October 8, 2025.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1] The Court notes that Defendants' motion exceeds the word limitations set forth in the Order on Discovery Motions. *See* Doc. No. 26 ¶ 2. In this one instance, and given the order regarding supplemental briefing, the Court will allow Defendants' motion to stand. However, the parties are cautioned that future filings that fail to comply with all applicable Federal Rules of Civil Procedure, Local Rules, and/or Court Orders may be stricken or summarily denied without further notice.